DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMSTAR HOMES, INC., a Nevada corporation; and DESERT CREEK CAPITAL CORPORATION, a Nevada corporation; and DAVID R. McENTIRE, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity and as receiver for New South Federal Savings Bank; LPP MORTGAGE, LTD., a Texas limited partnership; ROE COMPANIES 1-10; and DOE INDIVIDUALS 1-10.<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-01554-PMP-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Daniel H. Kurtenbach to practice before this honorable Court in all matters relating to the above-captioned case.

1  Mr. Kurtenbach is an attorney with the Federal Deposit Insurance Corporation, an agency
2  of the federal government. Mr. Kurtenbach is a member in good standing of the Bar of the
3  District of Columbia (Bar No. 426590).
4  The following contact information is provided to the Court:
5  Daniel H. Kurtenbach
   Federal Deposit Insurance Corporation
6  3501 Fairfax Drive, Room VS-D7026
   Arlington, Virginia 22226
7  dkurtenbach@fdic.gov
   703-562-2465 (office)
8  703-562-2477 (fax)
9  Accordingly, the United States respectfully requests that an order be issued allowing
10 Daniel H. Kurtenbach to practice before this honorable Court.
11 DATED this 18th day of April 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ Blaine Welsh
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  April 18, 2011

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Gordon H. Warren
Kevin R. Stolworthy
Jones Vargas
3773 Howard Hughes Pkwy., 3rd Floor So.
Las Vegas, Nevada 89169
702-862-3300        FAX 702-737-7705
krs@jonesvargas.com

Dan R. Waite
Lewis and Roca, LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
702-949-8200        FAX 702-949-8398
dwaite@lrlaw.com

DATED this 18th day of April 2011.

　　　　　　　　　　　　　　　　　　　　 */s/ Blaine Welsh*
　　　　　　　　　　　　　　　　　　　　 BLAINE T. WELSH
　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney