KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
GORDON H. WARREN, ESQ.
Nevada Bar No. 2999
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
krs@jonesvargas.com
ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| AMSTAR HOMES, INC., a Nevada corporation; DESERT CREEK CAPITAL CORPORATION, a Nevada corporation; and DAVID R. McENTIRE,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity and as receiver for New South Federal Savings Bank; LPP MORTGAGE, LTD., a Texas limited partnership; ROE COMPANIES 1-10; and DOE INDIVIDUALS 1-10,<br><br>Defendants. | 2:10-cv-01554-PMP-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(2), by and between Plaintiffs AMSTAR HOMES, INC., DESERT CREEK CAPITAL CORPORATION, and DAVID R. McENTIRE (collectively, "Plaintiffs") and Defendants FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity and as receiver for New South Federal Savings Bank, and LPP MORTGAGE, LTD. (collectively, "Defendants")

/ / /

/ / /

/ / /

that all claims by and between Plaintiffs and Defendants shall be dismissed, with prejudice, with each party to bear their own fees and costs.

| | |
|---|---|
| DATED: 1/9/12 | DATED: 12/28/11 |
| JONES VARGAS | LEWIS AND ROCA LLP |
| By: /s/Kevin R. Stolworthy<br>   KEVIN R. STOLWORTHY, ESQ.<br>   Nevada Bar No. 2798<br>   GORDON H. WARREN, ESQ.<br>   Nevada Bar No. 2999<br>   3773 Howard Hughes Parkway<br>   Third Floor South<br>   Las Vegas, Nevada 89169<br><br>   Attorneys For Plaintiffs | By: /s/Dan R. Waite<br>   DAN R. WAITE, ESQ.<br>   Nevada Bar No. 4078<br>   3993 Howard Hughes Pkwy., Ste. 600<br>   Las Vegas, Nevada 89169<br><br>   Attorneys For Defendant<br>   LPP Mortgage, Ltd. |
| DATED: 1/9/12 | DATED: 1/9/12 |
| FEDERAL DEPOSIT INSURANCE CORPORATION | FEDERAL DEPOSIT INSURANCE CORPORATION |
| By: /s/Daniel H. Kurtenbach<br>   BARBARA SARSHIK, Senior Counsel<br>   BARBARA KATRON, Counsel<br>   DANIEL H. KURTENBACH, Counsel<br>   D.C. Bar No. 426590<br>   3501 Fairfax Drive, Room VS-D7026<br>   Arlington, VA 22226<br><br>   Attorneys for the Federal Deposit Insurance Corporation in its Corporate Capacity | By: Stephen J. Lusk<br>   STEPHEN J. LUSK<br>   Senior Attorney<br>   7777 Baymeadows Way West Room 540ii<br>   Jacksonville, FL. 32256<br><br>   Attorneys for the Federal Deposit Insurance Corporation as receiver for New South Federal Savings Bank |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 18, 2012.

31762965.doc